IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA BRANDMEYER,

Plaintiff,

v.

Case No. 20-cv-733 JPG

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/3/2021**            **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**